IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>RICHARD ALLEN BROWNRIGG,<br><br>                    Defendant. | **8:13CR440**<br><br>**FINDINGS AND RECOMMENDATION** |

This case came before the court for hearing on the defendant's Motion to Suppress (#20). The government was represented by Douglas R. Semisch, Special Assistant United States Attorney. The defendant was present and represented by Shannon P. O'Connor, Assistant Federal Public Defender. Argument was heard and the court finds the motion should be denied.

IT IS THE RECOMMENDATION to the Honorable Chief Judge Smith Camp that the defendant's Motion to Suppress (#20) be denied in its entirety for the reasons set out on the record.

A party may object to the magistrate judge's findings and recommendations by filing a "Statement of Objections to Magistrate Judge's Findings and Recommendations" within 14 days of being served with the findings and recommendations. The objecting party must comply with all requirements of NeCrimR 59.2.

Dated this 13th day of March, 2014.

                                        BY THE COURT:

                                        s/ F.A. Gossett, III
                                        United States Magistrate Judge