## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>RICHARD ALLEN BROWNRIGG,<br><br>                   Defendant. | CASE NO. 8:13CR440<br><br>ORDER |

Before the Court are the Findings and Recommendation of Magistrate Judge F. A. Gossett (Filing No. 27). No objections have been filed. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1. Magistrate Judge Gossett's Findings and Recommendation (Filing No. 27) are adopted in their entirety; and

2. The Defendant's motion to suppress (Filing No. 20) is denied, in accordance with the Findings and Recommendation.

Dated this 15th day of April, 2014.

                                                BY THE COURT:

                                                s/Laurie Smith Camp<br>
                                                Chief United States District Judge